UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. BENADERET, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT and DAISY SMITH,<br><br>　　　　　Defendants. | No.　2:19-CV-010179-JAK-Ex<br><br>**ORDER RE JOINT STIPULATION RE DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE, RULE 41 (DKT. 37)** JS-6 |

　　Based on a review of the Joint Stipulation re Dismissal of Action Pursuant to Federal Rule of Civil Procedure, Rule 41 (the "Stipulation" (Dkt. 37)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** The above-captioned action is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: July 13, 2021

_____
John A. Kronstadt
United States District Judge